HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE HIGHLANDS NORTH CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation, | NO. 19-cv-01660-RAJ |
| Plaintiff, | STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |
| v. | |
| ALLIED INSURANCE COMPANY OF AMERICA, an Ohio Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation; AMCO INSURANCE COMPANY, an Iowa Corporation, DOE INSURANCE COMPANIES 1-10, | Note for Motion Calendar: May 4, 2020 |
| Defendants. | |

Plaintiff The Highlands North Condominium Association and Defendants Allied Insurance Company of America, Nationwide Mutual Insurance Company, and AMCO Insurance Company, by and through their undersigned counsel of record, jointly move for the dismissal of this action, and all claims arising out of the same subject matter that were or could have been asserted in this action, with prejudice and without an award of costs or expenses to any party.

//

//

//

//

DATED this 4th day of May, 2020.

| STEIN, SUDWEEKS & STEIN, PLLC | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| By  */s/Justin Sudweeks*<br>Jerry Stein, WSBA # 27721<br>Justin Sudweeks, WSBA # 28755<br>Daniel Stein, WSBA # 48739<br>Colin R. Crug, WSBA # 52743<br>2701 First Avenue, Suite 430<br>Seattle, WA 98121<br>Tel: 206.388.0660<br>Fax: 206.286.2660<br>jerry@condodefects.com<br>justin@condodefects.com<br>dstein@condodefects.com<br>colin@condodefects.com<br>Attorneys for Plaintiff The Highlands<br>North Condominium Association | By  */s/Daniel F. Shickich*<br>Geoff Bridgman, WSBA #25242<br>Daniel F. Shickich, WSBA #46479<br>901 Fifth Avenue, Suite 3500<br>Seattle, Washington 98164-2008<br>Tel: 206.447.7000<br>Fax: 206.447.0215<br>gbridgman@omwlaw.com<br>dshickich@omwlaw.com<br>Attorneys for Defendants Allied<br>Insurance Company, Nationwide Mutual<br>Insurance Company, and AMCO<br>Insurance Company |

## **ORDER**

IT IS SO ORDERED.

DATED this _____ day of May, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

{DFS2147581.DOCX;1/12637.000011/ }
STIPULATED MOTION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE - 2
NO. 2:19-cv-01660-RAJ

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

### CERTIFICATE OF SERVICE

I certify under the laws of the United States of America that on the 4th day of May, 2020, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all counsel of record.

DATED this 4th day of May, 2020.

s/Daniel Shickich, WSBA #46479
Daniel Shickich